UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| RANDALL DAVID CAMERON,<br><br>           Plaintiff,<br>   v.<br><br>SANTA BARBARA COUNTY<br>SHERIFFS DEPARTMENT,<br><br>           Defendant. | No. CV 08-4145 JFW (FFM)<br><br>ORDER ADOPTING FINDINGS,<br>CONCLUSIONS AND<br>RECOMMENDATIONS OF<br>UNITED STATES MAGISTRATE JUDGE |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the Complaint, all the records and files herein, and the Report and Recommendation of United States Magistrate Judge. The Court concurs with and adopts the findings, conclusions and recommendations of the Magistrate Judge.

IT IS ORDERED that Judgment be entered granting the defendants' motions to dismiss for failure to exhaust and dismissing the Complaint in its entirety without prejudice.

DATED: September 29, 2009

JOHN F. WALTER
United States District Judge