JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# WESTERN DIVISION

| | |
|---|---|
| RANDALL DAVID CAMERON, | No. CV 08-4145 JFW (FFM) |
| Plaintiff, | JUDGMENT |
| v. | |
| SANTA BARBARA COUNTY SHERIFFS DEPARTMENT, | |
| Defendant. | |

Pursuant to the Order Adopting Findings, Conclusions and Recommendations of United States Magistrate Judge,

IT IS ADJUDGED that plaintiff take nothing by his Complaint and that this action is dismissed without prejudice.

DATED: September 29, 2009

_____
JOHN F. WALTER
United States District Judge